UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | | CRIM. NO. 09-909(SDW) |
| | : | |
| v. | : | **ORDER MODIFYING CONDITIONS OF RELEASE** |
| | : | |
| JOSEPH ROSSI | | |

**THIS MATTER** having been opened to the Court by the defendant, Joseph Rossi, through his attorney Michael N. Pedicini, Esq., in the presence of and without objection of the United States of America, (Anthony Moscato, Esq., Assistant United States Attorney appearing) and without objection of Pre-Trial Services for an Order that Defendant's travel restrictions shall be modified so as to permit travel outside the State of New Jersey upon prior approval of Pre-Trial Services and it appearing that the United States has no objection to the proposed modification and the Court having considered the matter and for good and sufficient cause shown;

**IT IS on this** _17th_ **day of** _December_ **, 2009;**

**ORDERED** that the defendant's travel restrictions shall be modified to permit him to travel outside the State of New Jersey upon prior approval of Pre-Trial Services; and it is further

**ORDERED** that all other conditions of Defendant's supervised release shall remain in full force and effect until further Order of this Court.

HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE