PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Joseph Rossi**                             Docket No. **09-0909-1**

### Petition for Action on Conditions of Pretrial Release

      COMES NOW **Erika DiPalma** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Joseph Rossi**, who was released by the **Honorable Susan D. Wigenton** on December 10, 2009, on the following conditions:

$50,000 unsecured appearance bond; Travel restricted to New Jersey; Surrender firearms or other dangerous weapons; Surrender firearms identification card if found; Surrender of passport; Do not apply for additional travel documents.

On December 17, 2009, the defendant's travel restriction was modified to permit travel outside of New Jersey as approved by Pretrial Services.

The defendant has complied with all release conditions to date.

      Respectfully presenting petition for action of Court and for cause as follows:
      Please view the attached memorandum

**PRAYING THAT THE COURT WILL ORDER the condition of mental health treatment as deemed necessary by Pretrial Services added to the defendant's bail.**

ORDER OF COURT

Considered and ordered this 20th day of October 2010 and ordered filed and made a part of the records in the above case.

_____
Honorable Susan D. Wigenton
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10-19-10

_____
Erika DiPalma
United States Pretrial Services Officer