2006R00854/am

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Criminal Number: 09-909 (SDW) |
| JOSEPH G. ROSSI | : | <u>ORDER FOR DISMISSAL</u> |

Under Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses the Information, Criminal Number: 09-909 (SDW), against defendant Joseph G. Rossi, which Information was filed on December 10, 2009, charging him with conspiracy to operate an illegal gambling business, contrary to Title 18, United States Code, Section 1955, in violation of Title 18, United States Code, Section 371, and tax evasion, in violation of Title 26, United States Code, Section 7201 and Title 18, United States Code, Section 2, because defendant Joseph G. Rossi is deceased.

*Paul J. Fishman /rch*
PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

Date: *Sept 5, 2012*

HON. SUSAN D. WIGENTON
United States District Judge